UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY LYNN,<br>     Plaintiff,<br>v.<br>CITY OF DETROIT,<br>     Defendant.<br>_____/ | Case No. 25-11214<br><br>Mark A. Goldsmith<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR A SUR-REPLY (ECF No. 19, 24, 25)**

On July 31, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or Rule 12(c). (ECF No. 19). After Defendant filed a reply brief to Plaintiff's response brief in opposition to the motion to dismiss, Plaintiff filed a motion seeking permission to file a sur-reply on August 26, 2025. (ECF No. 24). Plaintiff filed a second motion to amend his complaint the next day. (ECF No. 25). Defendant does not oppose Plaintiff's motion to amend. (ECF No. 25).

Because Plaintiff's motion to amend is unopposed, the motion is **GRANTED**. Plaintiff is **ORDERED** to file his Second Amended Complaint **by October 14, 2025**. In turn, Defendant's motion to dismiss is **DENIED AS MOOT**. Plaintiff's motion for leave to file a sur-reply is also **DENIED AS MOOT**.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.


Date: October 3, 2025                                  s/Curtis Ivy, Jr.
                                                       Curtis Ivy, Jr.
                                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on October 3, 2025.


                                                       s/Sara Krause
                                                       Case Manager
                                                       (810) 341-7850